# IN THE SUPREME COURT OF THE STATE OF NEVADA

NATIONWIDE MUTUAL INSURANCE
COMPANY, AN OHIO CORPORATION,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RONALD J. ISRAEL, DISTRICT
JUDGE,

Respondents,

and

FANTASTIC INDOOR SWAP MEET,
INC.,

Real Party in Interest.

No. 77400

FILED

MAR 15 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING PETITION

Petitioner has filed a notice of withdrawal of its petition for writ of mandamus. The notice of withdrawal is construed as a motion to voluntarily dismiss the petition and, cause appearing, the motion is granted. Accordingly, the petition is dismissed, with each party to bear its own fees and costs. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Ronald J. Israel, District Judge
      Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
      Robbins Law Firm
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-11617